MICHAEL COSENTINO, SBN 83253
Counsel for the United States
P.O. Box 129
Alameda, CA  94501
Telephone: (510) 523-4702
Facsimile:   (510-747-1640

Attorney for Plaintiff,
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAI KIMBERLY TOURE aka<br>ALAI KIMBERLY NYOKABI TOURE aka<br>KIMBERLY N. PAPILLON aka<br>ALAI F. TOURE aka KIMBERLY TOURE<br>aka ALAI N. TOURE aka ALAI K. TOURE<br>aka ALAI A. TOURE aka ALAI TOURE<br>aka ALAI KIMBERLY aka ARISTI TOURE,<br><br>_____Defendant./ | NO. CV14-05439 DMR (KAW)<br><br>**CONSENT JUDGMENT** |

The above entitled plaintiff having filed its complaint herein, and the above entitled defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over the parties to the Consent Judgment.  The Complaint herein states a claim upon which relief can be granted.  The defendant hereby acknowledges and accepts service of the complaint filed herein.

2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further

proceedings in the case, including trial, and order the entry of a final judgment. It is understood that any appeal from a judgment entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner as an appeal from any other judgment of a District Court.

3. Judgment shall be in favor of Plaintiff, United States of America, and against defendant, ALAI KIMBERLY TOURE aka ALAI KIMBERLY NYOKABI TOURE aka KIMBERLY N. PAPILLON aka ALAI F. TOURE aka KIMBERLY TOURE aka ALAI N. TOURE aka ALAI K. TOURE aka ALAI A. TOURE aka ALAI TOURE aka ALAI KIMBERLY aka ARISTI TOURE (ALAI KIMBERLY TOURE), in the sum of $82,425.64 consisting of $54,283.88 in principal, $28,141.76 interest to December 9, 2016, administrative costs of $0.00, court costs of $0.00 and attorney's fees of $0.00.

4. This consent judgment shall bear interest pursuant to the provisions of 28 U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which interest will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b) until paid in full.

5. However, plaintiff shall consider the judgment satisfied in full for as long as defendant pays $ 200.00 monthly, commencing January 2017, and continuing monthly thereafter for two years, each payment being due on the 20th day of each month and thereafter $300.00 monthly for 180 total consecutive months, at which time a total of $ 51,600.00, will have been paid.

6. /////////////////////////////////////////////////////////////////////////////////////////////////////// /////////////////////////////////////////////////////////////////////////////////////////////////////// /////////////////////////////////////.

7. In the event a request for a title demand is submitted to plaintiff prior to the expiration of the 180 months, the balance remaining on the terms of the satisfaction clause (paragraph # 5, hereof) shall be paid in full.

8. A default in the herein payment terms shall result in the full judgment amount specified in paragraph #s 3 and 4 hereof, to be immediately due and owing, minus

payments credited on the date each was made, and will entitle the United States of America to execute on this judgment, including payment in full pursuant to a title demand, without notice to the judgment debtor, and all costs incurred in recording, filing, executing, or levying on, satisfying, or otherwise servicing this judgment shall be paid by the judgment debtor.

9. Payments shall be made payable to the US Department of Justice and bear defendant's name and CDCS #2008A12046 and mailed to:

U. S. Department of Justice
Nationwide Central Intake Facility
P. O. Box 790363
St. Louis, MO 63179-0363

10. The judgment debtor has the right of prepayment of this debt pursuant to paragraph # 5 hereof, or to paragraph # 8, hereof, which ever is applicable at the time, without penalty, and the interest charged, if any, will only be calculated to the date of final payment.

11. Upon a change in address of record for the defendant, defendant shall report the new address to the court and to counsel of record for plaintiff.

Dated: December 9, 2016

MICHAEL COSENTINO
Counsel for the United States

I have read the foregoing; I understand and agree to the terms, and I sign this agreement as a free and voluntary act.

Dated: December 9, 2016

ALAI KIMBERLY TOURE
Defendant and Judgment Debtor

APPROVED AND SO ORDERED THIS ~~9th~~ 12th DAY OF December, 2016. The Clerk of the Court is DIRECTED to close the file in the action.

UNITED STATES MAGISTRATE JUDGE